Sean Braggs #54707-039
Federal Prison Camp McKean
P.O. Box 8000
Bradford, PA 16701



**United States District Court**
Southern District Of West Virginia Clerk Of Court
Sidney L. Christie Federal Building
845 Fifth Ave. Room 101
Huntington, West Virginia   25701

Case No.: 3:16cr00209

Dear Clerk Of United States District Court

   Greetings in the name of our Lord Jesus Christ our liberator from sin and oppression, This letter is to serve as a request for a **2255 packet in order to file a 2255 with this honorable District Court.** I am asking that your office would forward a copy of this form in order that I may use the proper document to file a claim of ineffective counsel. The form's with instructions can be mailed to the above name and address. The Federal Prison Camp at McKean does not have any copies available here at the prison.

   As well I am making a request for the following documents to be forwarded to me from the courts copies of the following in order that I may file the proper claim:

**1.) The docet record for case #3:16cr00209**

**2.) A copy of any and all plea agreement**

**3.) A Copy of the Judgment and commitment letter**

**4.) A copy of the sentencing transcript**

   Thank you in advance for your help in this matter, I look forward hearing from your office real soon, In order that I may excercise my rights. May God bless and keep you is my prayer for you.

*Sean Braggs* (signature)

Sean Braggs #54707-039

Federal Correctional Institution McKean
Name: Sean Bragg
Reg. #: 54707-039
P.O. Box 8000
Bradford, PA 16701

⇔54707-039⇔
United States Dist Court
Clerk Of Court
845 5TH AVE
Room 101
Huntington, WV 25701
United States

Clerk Of Court
United States District Court
Southern District Of West Virginia
Sidney L. Christie Federal Building
845 Fifth Ave. Room 101
Huntington, West Virginia 25701

