# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

**CHARLESTON**
Suite 2400
300 Virginia Street, East
Charleston, WV 25301

P. O. Box 2546
Charleston, WV 25329
304/347-3000

www.wvsd.uscourts.gov

**Reply to:  Huntington**



**TERESA L. DEPPNER**
Clerk Of Court

**HUNTINGTON**
Room 101
845 Fifth Avenue
Huntington, WV 25701
304/529-5588

**BECKLEY**
Room 119
110 North Heber Street
Beckley, WV 25801
304/253-7481

**BLUEFIELD**
Room 2303
601 Federal Street
Bluefield, WV 24701
304/327-9798

July 13, 2017

Sean Braggs
FCI McKean
P.O. Box 8000
Bradford, PA  16701

     Re:    USA v. Braggs; 3:16-cr-00209

Dear Mr. Braggs:

    I am in receipt of your undated letter requesting a §2255 packet and a copy of your Judgment and Commitment Order, plea agreement, sentencing transcript, and docket sheet. Enclosed are the requested documents except for the transcript, which must be requested from the court reporter. Your letter has been forwarded to the court reporter regarding your transcript request.

    The packet for filing a Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255 contains the following forms:

1. Instructions to file a Motion to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody. ***Please read the entire instruction sheet before completing the forms.***

2. Two (2) Motion forms. (A copy for filing with the Clerk's office and a copy for your records); and

3. Application to Proceed Without Prepayment of Fees and Costs.

    The Application to Proceed Without Payment of Fees and Costs does not need to be filed for the § 2255 Motion alone. If you do not have the necessary funds for transcripts, counsel, appeal or other costs connected with a § 2255 motion, you may request permission to proceed without prepayment of fees and costs.

                                                  Sincerely,

                                        TERESA L. DEPPNER, Clerk

                                        By: _____
                                              Deputy Clerk

Enclosure