

Teresa M. Ruffner
Official Court Reporter
Sidney Christie Federal Building
845 Fifth Avenue, Room 101
Huntington, WV 25701      (304) 528-7583

July 14, 2017

Mr. Sean Braggs
#54707-039
FCI McKean
P. O. Box 8000
Bradford, PA 16701

    Re: United States of America v. Sean Braggs
        Criminal Action No. 3:16-00209

Dear Mr. Braggs:

    The Clerk's Office has forwarded to me your letter filed July 13, 2017, requesting a transcript of your sentencing hearing.

    Transcripts cost $3.65 per page for regular, 30-day delivery. An estimate of the cost for a transcript of your March 6, 2017, sentencing hearing is $60.00.

    To place an order for this transcript, please send a check or money order in the amount of $60.00, made payable to Teresa Ruffner, and mail to the above address.

                                        Sincerely,

                                        Teresa M. Ruffner

TR:tmr
cc: court file