Sean Braggs
FCI Mckean
54707-039
P.o. Box 8000
Bradford, PA 16701



Teresa Deppner, Clerk of the Court
United States District Court
845 Fifth Ave. Room 101
Huntington, WV 25701

To whom it May Concern:

This corespondence is to request a copy of the "Statment of Reasons" in a case that was before the court. The Case number of the previously stated matter is #3:16-00209. Please forward a copy of the document to:

Mr. Sean Braggs
54707-039
FCI McKean
P.O. Box 8000
Bradford, PA 16701

Thank you for your help in this matter.


Sincerely

Sean Braggs

Federal Correctional Institution McKean
Name: Sean Bragg
Reg. #: 54707-039
P.O. Box 8000
Bradford, PA 16701

54707-039
United States Dist Court
Clerk Of Court
845 5TH AVE
Room 101
Huntington, WV 25701
United States

