IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.                              CRIMINAL ACTION NO.  3:16-00209

SEAN LEE BRAGGS
    also known as "Beezy"

**ORDER**

Pending is the defendant's Motion for a Copy of the Statement of Reasons. On March 7, 2017, the Court entered the Statement of Reasons and a copy was sent to the defendant's counsel. The Statement of Reasons is a sealed document, and the defendant has not provided any basis for its release. The motion is therefore **DENIED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, the United States Marshal, and Judge Chambers.

ENTER:     September 8, 2017

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE